JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

FRANKLIN STALING DE LOS SANTOS,

Petitioner,

v.

WARDEN, ADELANTO ICE PROCESSING CENTER, DESERT VIEW ANNEX, et al.,

Respondents.

Case No. 5:26-cv-03120-KES

**JUDGMENT**

Pursuant to the Court's Order Granting the Petition and Ordering a Bond Hearing Pursuant to 8 U.S.C. § 1226(a) within Seven Days, IT IS ADJUDGED that the Petition is granted.

DATED: June 22, 2026



_____

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE